UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRIORITY RECORDS LLC, a California
limited liability company; UMG
RECORDINGS, INC., a Delaware corporation;
SONY BMG MUSIC ENTERTAINMENT, a
Delaware general partnership; INTERSCOPE
RECORDS, a California general partnership;
WARNER BROS. RECORDS INC., a
Delaware corporation; ELEKTRA
ENTERTAINMENT GROUP INC., a
Delaware corporation; and ARISTA
RECORDS LLC, a Delaware limited liability
company,

    Plaintiffs,

Case No. 07-13515

v.

HONORABLE DENISE PAGE HOOD

MICHAEL KNOX,

    Defendant

_____/

## DEFAULT JUDGMENT

This action having come before the Court and pursuant to the Memorandum Opinion and Order entered on this date,

Accordingly,

Default Judgment in favor of the Plaintiffs is entered in the amount of $8,050.00.

DAVID J. WEAVER
CLERK OF COURT

Approved:

By: s/ Wm. F. LEWIS
    Deputy Clerk

s/ DENISE PAGE HOOD
DENISE PAGE HOOD
United States District Judge
Dated: January 8, 2008
Detroit, Michigan